IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

FREDERICK DAVIS,

       Petitioner,

v.

       Case No. 5D22-2420
       LT Case No. 2017-302271-CFDB

STATE OF FLORIDA,

       Respondent.
_____/

Opinion filed November 14, 2022

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Frederick Davis, Crawfordville, pro se.

Ashley Moody, Attorney General Tallahassee, and, Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

May 4, 2021 postconviction order denying petition for writ of habeas corpus filed in Case No. 2017-302271-CFDB, Volusia County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

    PETITION GRANTED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.